

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASHIM UDDIN (3),<br>Defendant. | Case No.: 19CR0330-BEN-3<br><br>**ORDER GRANTING MOTION TO DISMISS AND JUDGMENT OF DISMISSAL** |

On the Government's motion, and for good cause shown, the conviction in the above case is vacated and the charge dismissed without prejudice.

IT IS SO ORDERED.

DATED: 5/19/2021

HON. ROGER T. BENITEZ
United States District Judge